IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRALABS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MICAH FRIEDLAND,<br><br>    *Defendant*. | Case No. 2:22-cv-06507-JMV-JSA<br><br>**DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR RESPOND** |

Defendant Micah Friedland respectfully moves this Honorable Court for an order extending his time to answer or otherwise respond to the Complaint. In support thereof, Defendant states:

1. On November 7, 2022, a Complaint was filed in this action.

2. On November 9, 2022, I accepted service of the Complaint without Summons.

3. On November 30, 2022, I accepted service of the Complaint and Summons. In light of service, I understand that my time to answer or otherwise reply to the Complaint expires on December 21, 2022.

4. I am a natural person and have thus far represented myself *pro se*, but am now in the process of retaining legal counsel for this matter.

5. I require an extension in order to find and retain counsel, for counsel to review the Complaint, and for my counsel and I to adequately prepare a response.

6. On December 8, 2022, I communicated to Plaintiff's attorneys my plans to retain counsel and requested that Plaintiff stipulate to an extension. Plaintiff refused and accordingly opposes this motion.

7. I attest that this motion is made in good faith and not for the purpose of delay.

8. No previous extension has been sought or granted in this action.

WHEREFORE, Defendant Micah Friedland respectfully requests that the Court grant this motion and extend the time for Defendant to answer or otherwise respond to the Complaint until **January 20, 2023**.

Dated:  December 9, 2022                Respectfully submitted,

                                                /s/ Micah Friedland
                                                Micah Friedland
                                                220 Park Ave, Passaic, NJ, 07055
                                                310–948–2255
                                                Micah.Friedland@gmail.com

| | |
|---|---|
| ASTRALABS, INC.<br><br>      *Plaintiff*,<br><br>  v.<br><br>MICAH FRIEDLAND,<br><br>      *Defendant*. | Case No. 2:22-cv-06507-JMV-JSA |

**PROPOSED ORDER ON MOTION TO EXTEND TIME TO ANSWER**

AND NOW, this _____ day of _____, upon consideration of Defendant Micah Friedland's Motion to Extend Time to Answer to Plaintiff's Complaint, it is hereby ORDERED that said motion is GRANTED, and Defendant shall respond to Plaintiff's Complaint on or before January 20, 2023.

                          BY THE COURT

                          _____

## CERTIFICATE OF SERVICE

This is to certify that on December __, 2022, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

/s/ Micah Friedland
Micah Friedland

**NOTE: Only include this page if you submit via the Electronic Filing System.**