**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRALABS INC., a Delaware corporation, | Case No. 22-cv-6507 |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| - against - | |
| MICAH FRIEDLAND, an individual | |
| Defendant. | |

Plaintiff Astralabs Inc. hereby gives notice of its voluntary dismissal of this action with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: Voorhees, New Jersey
      February 16, 2023

*/s/ Kerri E. Chewning*

ARCHER & GREINER
A Professional Corporation
Kerri E. Chewning
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121
kchewning@archerlaw.com

*Attorneys for Plaintiff*